AO 442 (Rev. 11/11) Arrest Warrant (Page 1)

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| United States of America | ) |
|---|---|
| v. | ) Case No.  CR-20-02526-002-TUC-JCH (EJM) |
| Jesus Guadalupe Diaz Munoz | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay

*(name of person to be arrested)*   Jesus Guadalupe Diaz Munoz ,

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18:371 Conspiracy
18:554 Smuggling Goods from the United States

*Issuing officer's signature*

City and state:   Tucson, Arizona

M Rodriguez, Deputy Clerk
*Printed name and title*

ISSUED ON 1:23 pm, Nov 13, 2020
s/ Debra D. Lucas, Clerk

| Return | |
|---|---|
| This warrant was received on *(date)* 11/16/2020, and the person was arrested on *(date)* 12/05/21 at *(city and state)* Nogales, AZ. | |
| Date: 12/06/21 | *Arresting officer's signature* |
| | ATF SA, Art Laguna |
| | *Printed name and title* |

cc: AUSA, USMS, PTS